# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| TRACEY ANDERSON, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV109 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| METROPOLITAN LIFE | ) | |
| INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court following a telephone conference with counsel on February 3, 2012. Raymond R. Aranza represented the plaintiff and Steven D. Davidson represented the defendant. During the discussion counsel stated their belief the case may be resolved by cross motions for summary judgment. Accordingly,

**IT IS ORDERED:**

1. The defendant shall file its motion for summary judgment **on or before May 8, 2012**.

2. The plaintiff shall have to **on or before May 31, 2012**, to file a response to any motion for summary judgment previously filed and to file a motion for summary judgment.

3. The defendant may file a reply in support of its own summary judgment motion and a response to the plaintiff's summary judgment motion **on or before June 21, 2012**.

4. Within **ten days** following the court's ruling on the parties' cross motions for summary judgment, the plaintiff shall arrange a telephone conference with opposing counsel and the undersigned magistrate judge for the purpose of scheduling the matter to conclusion.

DATED this 3rd day of February, 2012.

BY THE COURT:

s/ Thomas D. Thalken
United States Magistrate Judge