IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| TRACEY ANDERSON, <br><br> Plaintiff, <br><br> vs. <br><br> METROPOLITAN LIFE INSURANCE COMPANY, A Corporation; <br><br> Defendant. | 8:11CV109 <br><br> **MEMORANDUM AND ORDER** |

The parties are engaged is settlement discussions.  Accordingly,

IT IS ORDERED:

1) The parties' motion to extend, (filing no. 30), is granted, and the summary judgment filing and briefing deadlines previously entered by the court (see text order 29) are continued until further order of the court.

2) A telephonic conference with the undersigned magistrate judge will be held on **October 22, 2012** at **9:00 a.m.** to discuss the status of the parties' settlement negotiations and, if necessary, a new briefing schedule for this case.  The conference call will be cancelled if the court is advised prior to the call that the case is settled.  Counsel for plaintiff shall place the call

August 20, 2012.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge